Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

JESSIE McGRATH et al., Respondents, v. WILLIAM ABRAMOWSKI et al., Appellants.—

670

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.